IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

Michael-James: Kaseca

Petitioner,

v.

CIV-25-133-RAW

John Raymond Johnson, Diane Ponkilla, Misty McGirt, Joseph Blanchard, Anthony Johnson, Gary Pitchlyn, Absentee Shawnee ICWA Department- Shawnee Martinez, Paige LittleCharley, Kerri Stringer, Absentee Shawnee Police Department- All Personnel, Hobbs, Straus, Dean and Walker LLP, Fredrick, Peebles, Morgan LLP, Modoc Tribe, Chickasaw Nation OKDHS.

Respondent/Defendants

PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to the 28 U.S.C. § 2241 and/or § 2254 and/or 28 U.S.C. § 1362 and/or 25 U.S.C. Ch. 21 subchapter I §1914 and/or Supremacy Clause of the United States Constitution and/or Treaty of Greenville, Petitioner Michael James Kaseca Department of the Interior Dawes Allottee No. 5123 submits this Petition for Writ of Habeas Corpus based on Crimes Against Humanity – RICO, extensive violations of His Treaty Rights and Constitutional Rights of due process, right to counsel,, and protections under the Oklahoma Indian Child Welfare Act 1982 (OICWA), as well as the retaliation by government officials and law enforcement agencies.

I. PARTIES

Petitioner:

Michael-James:Kaseca Dawes Allottee 5123

19650 Bias Road,

Norman, Oklahoma

Respondents/Defendants

1.John Raymond Johnson- Current Title "Governor" of the Corporation Absentee Shawnee Tribe of Indians Formed December 5th, 1938. Absentee Shawnee Tribe of Oklahoma "Building 2" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

2.Diane Ponkilla – Current Lt. Governor Absentee Shawnee Tribe of Oklahoma "Building 2" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

3. Misty McGirt- Current Secretary Absentee Shawnee Tribe of Oklahoma "Building 1" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

4. Joseph Blanchard- Current Treasurer Absentee Shawnee Tribe of Oklahoma "Building 1" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

5. Anthony Johnson- Current Representative Absentee Shawnee Tribe of Oklahoma "Building 1" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

6. Gary Pitchlyn- Current Attorney General Absentee Shawnee Tribe of Oklahoma "AST Tribal Court" 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801 (AST)

7. Shawnee Martinez-(AST) ICW Director, Absentee Shawnee Tribe of Oklahoma Attn: Indian Child Welfare 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801

8. Paige LittleCharley- (AST) ICW

9. Kerri Stringer- (AST) ICW Case Aide

10. Absentee Shawnee Tribe Police Department 2025 South Gordon Cooper Drive, Shawnee Oklahoma 74801

11. Hobbs, Straus, Dean and Walker LLP, 100 E. California Ave. suite 200 OKC, OK 73104

12. Fredrick, Peebles, Morgan LLP, 401 9th St. NW suite 700 Washington DC 20004

13. Modoc Nation- Elected Council/ Executive Committee/ TCSE Kent Walden (MN), 22 S, Eight Tribe Trail, Miami OK 74354

14. Chickasaw Nation- April Buck (CN) Chickasaw Nation Attorney, 821 N. Mississippi Ave. ADA, OK 74820

15. OKDHS- Child Welfare Director Tricia Howell and/or Jeffrey Cartmell P.O. Box 25352, OKC, OK 73125

## II. GROUNDS FOR RELIEF

1. **Violation of Article VI, Clause 2** of the U.S. Constitution, Known as Supremacy Clause. Treaty of Greenville is Supreme Law of the Land that has been violated by the tribal courts, and outside tribal corporate entities to include municipal, city and county courts corporate security aka tribal police. (see exhibit 1)
2. **Violation of Treaty of Greenville Rights** of International Protections, UNDRIP. Racial discrimination of the "Major Shareholder of the AST Tribal Charter and sovereign of the DAWES allotted land. (see exhibit 2)
3. **Violation of OKLAHOMA INDIAN CHILD WELFARE ACT 1982. (OICWA)** Michael-James:Kaseca is a graduate of the Bureau of Indian Affairs Concho Indian Boarding School Located in the Cheyenne and Arapaho Tribes land base, North of El Reno Oklahoma. The **OICWA** is to protect the Indigenous Children to remain in the culture of the Indigenous Tribal People family, extended family, tribal clan system, ceremonial ground members and other ceremonial tribal families or tribal people.
4. **Violation of the TRIBES' Code of Laws-** to protect our just claims and rights of treaties with the U.S. Government; to protect our heritage, to protect our culture, to protect our religion; and to protect our children.
5. **Violation of Federal Tribal Preference for employment** – Upon graduating the University of Oklahoma College of Law in 2018, Michael-James:Kaseca has been denied employment by the RICO Ringleaders' and aider and abettors of the "Imposter Tribal Courts".
6. **RETALIATION AND MALICOUS PROSECUTION** – Imposter Tribal Court and Tribal police have fraudulently used the color of law, violating the Supremacy Clause of

the United States of America Constitution, Tribes' Code of Laws, and the Oklahoma Indian Welfare Act 1982. These actions amount to "Crimes Against Humanity".

Michael-James:Kaseca

DAWES ALLOTTEE 5123



# THE STATE OF OKLAHOMA

## Citation of Participation

This is presented to

# Michael James Kaseca

For your participation in Treaty Day at the State Capitol on Monday, April 15, 2024. Treaty Day was organized to discuss the historical and current economic, political, and cultural influences of the Tribal Nations' Treaties in the State of Oklahoma.

**Senator Mary B. Boren**
Senate District 16

**Representative Amanda Swope**
House District 71